STATE of Missouri, Respondent,

v.

**Kevin Lynn BUNCH, Appellant.**

**No. WD 41032.**

Missouri Court of Appeals,
Western District.

March 6, 1990.

Bob Tyler, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Defendant appeals from conviction of receiving stolen property under § 570.080, R.S.Mo., 1986, contending insufficiency of the evidence to submit the issue of guilt to the jury.

Affirmed. Rule 30.25(b).